# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 8:05CR162 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW AS** |
| v. | ) | **COUNSEL FOR DEFENDANT** |
| | ) | |
| **RUBEN LOPEZ CAZARES,** | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Steven E. Achelpohl, pursuant to NEGenR 1.3(f), and hereby moves to withdraw as counsel for the Defendant, Ruben Lopez Cazares.

Counsel represents to the Court that on August 5, 2005, Defendant terminated the services of the undersigned counsel and directed counsel to withdraw from his representation and seek Court authorization for the same. Defendant advised he was retaining substitute counsel.

WHEREFORE, Steven E. Achelpohl hereby requests an Order granting his Motion to Withdraw as counsel for the Defendant, Ruben Lopez Cazares.

DATED this 8th day of August, 2005.

RUBEN LOPEZ CAZARES, Defendant,

By: /s/Steven E. Achelpohl, #10015
Steven E. Achelpohl, #10015
1823 Harney St., 1010 Historic Library Plz.
Omaha, NE 68102
402-346-1915

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Joe Stecher
Asst. U.S. Attorney
1620 Dodge St., #1400
Omaha, NE 68102

with a true and correct copy of the foregoing sent by certified mail, return receipt requested on August 8, 2005, to:

Ruben Lopez Cazares
314 Trailbridge Rd.
Norfolk, NE 68701

                /s/Steven E. Achelpohl

PDF created with pdfFactory trial version www.pdffactory.com